*People ex rel. McKeagney* v. *Waldo,* 156 App. Div. 902, affirmed. (Submitted February 26, 1915; decided March 16, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 25, 1913, which dismissed a writ of certiorari and affirmed the proceedings of the defendant in dismissing the relator from the police force of the city of New York.

*N. Taylor Phillips* and *Robert F. Wagner* for appellant.

*Frank L. Polk, Corporation Counsel (Terence Farley* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, MILLER and CARDOZO, JJ. Absent: SEABURY, J.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. MURPHY, Appellant, *v.* WILLIAM A. PRENDERGAST, as Comptroller of the City of New York, Respondent.

*People ex rel. Murphy* v. *Prendergast,* 165 App. Div. 186, affirmed. (Argued February 26, 1915; decided March 16, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 4, 1914, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel defendant to issue a warrant for payment of relator's salary as clerk to one of the justices of the Supreme Court.

*Charles L. Hoffman* and *Henry A. Friedman* for appellant.

*Frank L. Polk, Corporation Counsel* (*Terence Farley, William E. C. Mayer* and *Arthur Sweeney* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, MILLER and CARDOZO, JJ. Absent: SEABURY, J.